UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>ROBERT LEE MARSHALL,<br><br>Defendant. | CRIMINAL NO. 5:18-122-KKC<br><br><br><br>OPINION AND ORDER |

\*\*\* \*\*\* \*\*\*

Defendant Robert Lee Marshall has filed a second motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) (DE 50). The Court denied the prior motion finding that he had not set forth any circumstances that the Court could find extraordinary and compelling. The Court further determined that, even assuming such circumstances existed, the Court did not find his release appropriate at this time considering the factors set forth in 18 U.S.C. § 3553(a). In this second motion, Marshall asserts that he has asthma and bronchitis and that he is obese. The Court recognizes that the COVID-19 pandemic has presented difficult problems for prison populations. The Court further recognizes that the conditions that Marshall asserts he has are serious conditions. Nevertheless, the Court has no basis for finding that the conditions are so extraordinary and compelling that they warrant his release at this time.

Further, the Court continues to find that release is not appropriate after considering the § 3553(a) factors. Thus, for the reasons stated in this opinion, in the Court's opinion denying Marshall's prior motion for compassionate release, and at sentencing, the Court **HEREBY ORDERS** that Marshall's second motion for compassionate release (DE 50) is DENIED.

Dated March 05, 2021

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY