**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 5:18-122-KKC** |
| **Plaintiff,** | |
| **V.** | **OPINION AND ORDER** |
| **ROBERT LEE MARSHALL,** | |
| **Defendant.** | |

*** *** ***

This matter is before the Court on the defendant Robert Lee Marshall's motion to vacate his sentence (DE 55) under 28 U.S.C. § 2255 and the magistrate judge's recommendation that the motion be denied as time barred. (DE 60).

The defendant pleaded guilty to two charges: possession with intent to distribute heroin in violation of 21 U.S.C. § 841(a)(1) and possessing a firearm in furtherance of a drug-trafficking crime in violation of 18 U.S.C. § 924(c)(1). The Court sentenced the defendant to a total prison term of 102 months. (DE 37, Judgment.)

The magistrate judge has entered a recommendation that the defendant's motion be denied as time barred. Marshall has not filed any objections to the recommendation. Further, the Court has reviewed the recommendation and agrees with its analysis.

Accordingly, the Court hereby ORDERS as follows:

1)  the Report and Recommendation (DE 60) is ADOPTED as the Court's opinion;

2)  Marshall's motion to vacate under 28 U.S.C. § 2255 (DE 55) is DENIED;

3)  a certificate of appealability will not be issued, Marshall having failed to make "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2); and

4)  a judgment consistent with this order and the Report and Recommendation will be entered.

Dated August 27, 2021

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY