UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 5:18-122-KKC |
| Plaintiff, | |
| V. | **OPINION AND ORDER** |
| ROBERT LEE MARSHALL, | |
| Defendant. | |

\*\*\* \*\*\* \*\*\*

Defendant Robert Lee Marshall has filed a third motion for compassionate release (DE 63) pursuant to 18 U.S.C. § 3582(c)(1)(A) (DE 63). The Court denied his previous motions finding that he had not set forth any circumstances that the Court could find extraordinary and compelling. The Court further determined that, even assuming such circumstances existed, the Court did not find his release appropriate at this time considering the factors set forth in 18 U.S.C. § 3553(a). In this third motion, Marshall states that he contracted COVID-19 and became very ill. The Court recognizes that COVID-19 is a serious medical condition. Nevertheless, the Court has no basis for finding that his condition after contracting the disease is so extraordinary and compelling that it warrants his immediate release from prison.

Further, the Court continues to find that Marshall's release is not appropriate after considering the § 3553(a) factors. Thus, for the reasons stated in this opinion, in the Court's opinions denying Marshall's prior motions for compassionate release, and at sentencing, the Court **HEREBY ORDERS** that Marshall's third motion for compassionate release (DE 63) is DENIED.

The Court, however, commends Mr. Marshall on the steps he states that he has taken to improve himself while in prison and on his resolve to lead a better life for himself and his children upon his release.

This 27th day of April, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY